# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER ALEXANDER DILL,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 81014

FILED

MAY 1 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

On April 6, 2020, appellant filed a pro se notice of appeal in district court case number C-19-342165-1. However, the notice of appeal fails to identify any appealable order. *See* NRAP 3(c)(1)(B). To the extent that appellant appeals from the judgment of conviction entered on September 27, 2019, the notice of appeal was untimely filed. *See* NRAP 4(b); *Lozada v. State*, 110 Nev. 349, 871 P.2d 944 (1994). Further, it does not appear from the district court docket and minute entries that the district court has entered any appealable order. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

20-18329

cc:   Hon. Carolyn Ellsworth, District Judge
Christopher Alexander Dill
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A